UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL MAYO THOMAS**<br>     Plaintiff | CIVIL ACTION NO.  2:15-CV-02564 |
| **VERSUS** | SECTION "E", MAG.  5 |
| **WRIGHT NATIONAL FLOOD INSURANCE COMPANY** *formerly known as* **FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, or FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY**<br>     Defendant | JUDGE SUSIE MORGAN<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled and numbered civil action is hereby dismissed with prejudice, with each party to pay his or its own costs.

New Orleans, Louisiana this 18th day of May, 2016.

_____
Susie Morgan
United States District Judge